**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**v.**                                             **NO. 3:23-CR-141-SA-RP**

**JUSTIN ELKINS**                                                          **DEFENDANT**

<u>**ORDER**</u>

Before the court is the Defendant Justin Elkin's Unopposed Motion to Waive Local Counsel Requirement [ECF #6] and the applications to have Attorneys Leah H. Mayersohn and Mario A. Machado appear *pro hac vice* on behalf of Defendant. ECF #7, 8. Having reviewed the applications and the record, the court finds that the requirements of Local Uniform Civil Rule 83.1(d) have been met, except for the requirement of associating local counsel, which requirement the defendant requests be waived under Local Uniform Criminal Rule 44.1. The court finds that counsel's *pro hac vice* applications and the defendant's motion to waive the requirement of local counsel are well taken and are hereby GRANTED.

Counsel is advised that admission *pro hac vice* <u>shall be conditional</u> upon completion of the process of registration to be served electronically with orders and notices from the court, as well as electronically filing a Notice of Attorney Appearance. **Failure to comply with these additional requirements will result in revocation of admission *pro hac vice.*** If counsel has not already completed the registration process, counsel must do so within fourteen days of the date of this order.

**SO ORDERED**, this the 9th day of November, 2023.

                                                          /s/ Roy Percy
                                                          UNITED STATES MAGISTRATE JUDGE